UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

   Plaintiff,

-vs-                                              Case No. 20-11998
                                                   Hon. Nancy G. Edmunds

RESEARCH NOW GROUP LLC, *et al.*

   Defendants.

## JOINT STIPULATION OF DISMISSAL

The Parties, through their respective undersigned counsel, jointly and respectfully move this Court for an order (i) immediately dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and (ii) automatically converting Plaintiff's dismissal of its claims against Defendants to a dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, sixty (60) days after the Court's entry of a dismissal order, unless the matter is reinstated by Plaintiff or the Parties agree to extend said deadline before the expiration thereof.   Each party shall bear their own costs and attorneys' fees.

1

Stipulated to by:

By:  s/ Daniel A. Edelman
    Daniel A. Edelman
    Cathleen M. Combs
    Dulijaza (Julie) Clark
    EDELMAN COMBS,
    LATTURNER &
    GOODWIN, LLC
    Attorney for Plaintiff
    Business Health Solutions, P.C.
    20 South Clark Street, Suite 1500
    Chicago, Illinois 60603
    (312) 739-4200
    dedelman@edcombs.com

By:  s/ Brett J. Natarelli
    Brett J. Natarelli
    Attorney for Defendants
    Research Group Now LLC
    and
    E-Rewards Bidco Limited
    151 N. Franklin St., Ste 2600
    Chicago, IL 60606
    (312) 529-6300
    bnatarelli@manatt.com

Adam G. Taub (P48703)
Attorney for Plaintiff
ADAM G. TAUB &
ASSOCIATES
CONSUMER LAW GROUP, PLC
for Business Health Solutions, P.C.
17200 West Ten Mile Rd, Ste 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

Dated: April 5, 2021

2

UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

   Plaintiff,

-vs-                                                           Case No. 20-11998
                                                              Hon. Nancy G. Edmunds

RESEARCH NOW GROUP LLC, *et al.*

   Defendants.

## **DISMISSAL ORDER**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** that this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal of Plaintiff's claims against Defendants will automatically convert to a dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, sixty (60) days after the entry of this order, unless the matter is reinstated by Plaintiff or the Parties agree to extend said deadline before the expiration thereof.   Each Party shall bear their own costs and attorneys' fees.

      **SO ORDERED:**

                                                        s/ Nancy G. Edmunds
                                                        Nancy G. Edmunds
                                                        U.S. District Judge

Dated:   April 5, 2021